UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

Randy Bates,  ) C/A No. 9:10-0757-CWH-BM
)
)
Plaintiff, )
)
vs. ) ORDER
)
Steve Blust; )
Ian R. Leslie; )
The Beaufort Gazette; )
Walter G. Whetsell; )
Starboard Communications; )
William R. Folks, III; and )
ViewPolitik, )
)
)
Defendants. )

This is a civil action filed by a *pro se* litigant. Under Local Civil Rule 73.02, pretrial proceedings in this action have been referred to the undersigned United States Magistrate Judge. The plaintiff has paid the full filing fee of three hundred fifty dollars ($350). *See* Receipt No. SCX200007690 (D.S.C., March 24, 2010).

**TO THE CLERK OF COURT:**

The above-captioned case is subject to summary dismissal, notwithstanding the plaintiff's payment of the $350 filing fee. Hence, the Office of the Clerk of Court is directed *not* to authorize the issuance and service of process in the above-captioned case, unless instructed by a United States District Judge or a Senior United States District Judge to do so.

The Clerk of Court shall not enter any change of address submitted by the plaintiff which directs that mail be sent to a person other than the plaintiff unless that person is an attorney admitted to practice before this court, and the attorney has entered an appearance.



1

## TO THE PLAINTIFF:

**Any future filings by the plaintiff in this case should be sent to the Clerk's Office in Charleston (Post Office Box 835, Charleston, South Carolina 29402).** The plaintiff must place the civil action number (C/A No.) listed above on any document he submits to this court in connection with the above-captioned case. All pleadings filed in this case by the plaintiff shall be signed by the plaintiff with his full legal name written in his own handwriting. *Pro se* litigants, such as the plaintiff, shall *not* use the "s/typed name" format used in the Electronic Case Filing System. In any future filings in this case, the plaintiff is directed to use letter-size (8½ inches by 11 inches) paper, to write or type text on one side of a sheet of paper only, and not to write or type on both sides of any sheet of paper. The plaintiff is further instructed not to write to the edge of the paper, but to maintain one-inch margins on the top, bottom, and sides of each paper submitted.

The plaintiff is a *pro se* litigant. His attention is directed to the following important notice:

You are ordered to always keep the Clerk of Court advised **in writing (Post Office Box 835, Charleston, South Carolina 29402)** if your address changes for any reason, so as to assure that orders or other matters that specify deadlines for you to meet will be received by you. If as a result of your failure to comply with this order, you fail to file something you are required to file within a deadline set by a District Judge or a Magistrate Judge, **your case may be dismissed for violating this order.** Therefore, if you have a change of address before this case is ended, you must comply with his order by immediately advising the Clerk of Court in writing of such change of address and providing the Clerk of Court with the docket numbers of all pending cases you have filed with this court. Your failure to do so will not be excused by the court.

Put this order with your own record of this case so that you will not overlook your duty. If your address changes in the future, you must provide the Clerk of Court with your *own* new address.

IT IS SO ORDERED.

March 29, 2010  
Charleston, South Carolina

Bristow Marchant  
United States Magistrate Judge

*The plaintiff's attention is directed to the important warning on the next page.*



2

# IMPORTANT INFORMATION ... PLEASE READ CAREFULLY

# WARNING TO *PRO SE* PARTY OR NONPARTY FILERS

**All Documents That You File with the Court Will Be Available to the Public on the Internet Through Pacer (Public Access to Court Electronic Records) and the Court's Electronic Case Filing System. CERTAIN *PERSONAL IDENTIFYING INFORMATION* SHOULD NOT BE INCLUDED IN OR SHOULD BE REMOVED FROM ALL DOCUMENTS *BEFORE* YOU SUBMIT THE DOCUMENTS TO THE COURT FOR FILING.**

Rule 5.2 of the Federal Rules of Civil Procedure provides for privacy protection of electronic or paper filings made with the court. Rule 5.2 applies to *ALL* documents submitted for filing, including pleadings, exhibits to pleadings, discovery responses, and any other document submitted by any party or nonparty for filing. Unless otherwise ordered by the court, a party or nonparty filer should not put certain types of an individual's personal identifying information in documents submitted for filing to any United States District Court. If it is necessary to file a document that already contains personal identifying information, the personal identifying information should be "**blacked out**" or **redacted** prior to submitting the document to the Office of the Clerk of Court for filing. A person filing any document containing their own personal identifying information **waives** the protection of Rule 5.2(a) by filing the information without redaction and not under seal.

1. Personal information protected by Rule 5.2(a):

**(a) Social Security and Taxpayer identification numbers.** If an individual's social security number or a taxpayer identification number must be included in a document, the filer may include only the last four digits of that number.

**(b) Names of Minor Children.** If the involvement of a minor child must be mentioned, the filer may include only the initials of that child.

**(c) Dates of Birth.** If an individual's date of birth must be included in a document, the filer may include only the year of birth.

**(d) Financial Account Numbers.** If financial account numbers are relevant, the filer may include only the last four digits of these numbers.

2. Protection of other sensitive personal information – such as driver's license numbers and alien registration numbers – may be sought under Rule 5.2(d)(Filings Made Under Seal) and (e) (Protective Orders).